# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In Re: MARGARET E. GARBER,
Attorney at Law, Bar No. 3954.

Case No.: 2:17-ms-000120

**ORDER OF SUSPENSION**

On January 3, 2018, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt. The Order to Show Cause provided Ms. Garber with thirty (30) days to respond with reasons why she should not be suspended from the practice of law in this Court. No response has been received from Ms. Garber. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Margaret E. Garber, Nevada State Bar No. 3954, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this 16 day of February, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

      Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this <u>20th</u> day of February, 2018, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

    Margaret E. Garber
    1817 Prestwick Lane
    Fort Wayne, IN 46814

    Certified Mail No.:   7016 2140 0000 1723 4956

<u>/s/ Michael Zadina</u>
Deputy Clerk
United States District Court,
District of Nevada